Health Value Medical, P.C., as Assignee of Archie Lee, Appellant, 
against
Country Wide Insurance Company, Respondent. 




Glinkenhouse Queen (Alan Queen and Steven J. Green of counsel), for appellant.
Jaffe & Koumourdas, LLP (Jean H. Kang of counsel), for respondent.

Appeal from an order of the Civil Court of the City of New York, Queens County (Terrence C. O'Connor, J.), entered February 15, 2018. The order, insofar as appealed from, denied plaintiff's motion to recalculate, from a simple rate to a compound rate, an award of statutory no-fault interest in a judgment of that court entered February 9, 2017.




ORDERED that the order, insofar as appealed from, is reversed, with $30 costs, and plaintiff's motion to recalculate, from a simple rate to a compound rate, an award of statutory no-fault interest in a judgment of that court entered February 9, 2017 is granted.
This action by a provider to recover assigned first-party no-fault benefits for claims submitted to defendant in March 2000, arising from an accident in 1999, was settled in 2008. Defendant did not pay the settlement amount, and a judgment was subsequently entered on February 9, 2017 (see CPLR 5003-a) awarding statutory no-fault interest at a simple, not compound, rate (see 11 NYCRR 65-3.9 [a], effective April 5, 2002). Plaintiff moved, pursuant to CPLR 5019 (a), to have the interest recalculated pursuant to the pre-2002 regulations, which required no-fault interest to be calculated at a compound rate (see former 11 NYCRR 65.15 [h] [1]). Plaintiff appeals from so much of an order of the Civil Court as denied its motion.
Plaintiff correctly argues that the claims involved herein are all governed by the former [*2]regulations providing for compound interest (see Belt Parkway Imaging, P.C. v State Wide Ins. Co., 30 Misc 3d 127[A], 2010 NY Slip Op 52229[U] [App Term, 2d Dept, 2d, 11th & 13th Jud Dists 2010]) and that its motion should, therefore, have been granted.
Accordingly, the order, insofar as appealed from, is reversed and plaintiff's motion to recalculate, from a simple rate to a compound rate, an award of statutory no-fault interest in a judgment of that court entered February 9, 2017 is granted.
PESCE, P.J., ELLIOT and SIEGAL, JJ., concur.

ENTER:
Paul Kenny
Chief Clerk
Decision Date: December 13, 2019